UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Vatnsdal,

    Plaintiff,

v.     ORDER
       Civil No. 07-715 (MJD/AJB)

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated October 7, 2007.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated October 7, 2007.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 8] is DENIED;

2. Defendant's Motion for Summary Judgment [Docket No. 10] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  December 20, 2007

                                s / Michael J. Davis
                                Michael J. Davis
                                United States District Court

Civil No. 07-715